UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| **Case No.:** 2:23-cv-02563-FLA (BFM) | **Date:** September 13, 2023 |
| **Title:** *Preston D. Perkins, Jr. v. Joseph J. Seida, et al.* | |

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers)**

   Plaintiff is ordered to show cause in writing **no later than October 4, 2023**, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of an Answer by defendants or plaintiff's request for entry of default on or before the above date as an appropriate response to this OSC.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.


cc:   Preston D. Perkins, Jr., pro se

Initials of Preparer:   ch